No. 170. PFAFF *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to

596

proceed further *in forma pauperis,* denied. *Mr. Warren E. Miller* for petitioner. No appearance for the United States.